IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | | |
|---|---|---|
| Sherry G. Shull, | ) | Civil Action No. 0:12-3652-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), with consent of the parties and good cause appearing therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), [1] and REMANDS the cause to the Commissioner for further administrative proceedings.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

Upon remand, the Commissioner will remand Plaintiff's case to an administrative law judge (ALJ). The Appeals Council will direct the ALJ to give the Plaintiff an opportunity for a new hearing, to further develop the record and issue a new decision. The ALJ is also directed to further evaluate the Plaintiff's subjective complaints and provide rationale in accordance with the disability regulations pertaining to evaluation of symptoms in accordance with 20 C.F.R. 404.1529 and Social Security Ruling 96-7p, further evaluate the Plaintiff's medical improvement in accordance with Social Security policy and, if warranted, proceed with the sequential evaluation process.

IT IS SO ORDERED.

<u>s/R. Bryan Harwell</u>
R. Bryan Harwell
United States District Judge

September 23, 2013

Florence, South Carolina