IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Sherry G. Shull, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No.: 0:12-cv-3652-RBH |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Carolyn W. Colvin, Acting COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

On March 3, 2015, Counsel for the Plaintiff filed a motion for attorney's fees and costs pursuant to the Social Security Act, 42 U.S.C. §406(b). The motion seeks reimbursement for representation in the above-captioned matter in the amount of $24,777.25, which amounts to twenty-five percent of the past-due benefits. On March 17, 2015, Defendant filed a response indicating no objection to Plaintiff's motion. The Court has reviewed counsel's fee petition, the notice of award, and the signed fee agreement that was submitted with the petition, and finds counsel's request for fees reasonable. Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. §406(b), be granted in the amount of $24,777.25. It appears that no fees were previously paid pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); however, to the extent that counsel received attorney's fees paid pursuant to EAJA, then he shall refund the EAJA attorney's fees to his client.

IT IS SO ORDERED.

March 18, 2015
Florence, SC

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge